JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIJU SUSHI CORP., <br> Plaintiff, <br> v. <br> PACIFIC EMPLOYERS INSURANCE COMPANY, <br> Defendant. | No. CV 21-06978 PA (AFMx) <br><br> JUDGMENT |

In accordance with the Court's August 18, 2022, Minute Order granting the Motion for Summary Judgment filed by defendant PACIFIC EMPLOYERS INSURANCE COMPANY ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendant on all of Plaintiff's claims; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall recover its costs of suit.

DATED: August 18, 2022

_____
Percy Anderson
United States District Judge